CAW
AO 91 (Rev. 11/11) Criminal Complaint

2020R00422

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 20-mj-808 (BRT)

LEROY LEMONTE PERRY WILLIAMS

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 26, 2020, in Minneapolis, in the State and District of Minnesota, defendant LEROY LEMONTE PERRY WILLIAMS attempted to commit arson inside the Target Corporation's corporate headquarters building, located at 1000 Nicollet Mall, Minneapolis, Minnesota, a building used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 844(i) (arson).

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*
Sara R. Thomas, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date:   November 4, 2020

City and State:   St. Paul, MN

*Judge's Signature*
The Honorable Becky R. Thorson
United States Magistrate Judge
*Printed Name and Title*