PS 8
(Rev 5/10)

UNITED STATES DISTRICT COURT
for
District of Minnesota

Filed Under Seal

U.S.A. vs. Leroy Lemonte Perry Williams        Docket No. 0864 0:20CR00282-003(PJS/ECW)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Krystal A. Taylor, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Leroy Lemonte Perry Williams** who was placed under pretrial supervision by Your Honor, sitting in the Court at <u>Minneapolis</u> on the <u>24th day of November, 2020,</u> under the following special conditions:

- Pretrial Services Supervision
- Travel Restrictions
- Mental Health Treatment
- Halfway House
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing and No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Comply with Hennepin County pending cases
- Alcohol Abstinence

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is pending disposition for the offense of Conspiracy to Commit Arson, in violation of 18 U.S.C. §§ 371 and 844(i).

The defendant is Court-ordered to reside in a pretrial halfway house. On January 4, 2021, the defendant was unsuccessfully terminated from the Reentry West Halfway House due to violating the rules of the facility.

Since his release on bond in November 2020, the defendant has resided at the halfway house. The defendant has since received several major rule violations, and as remarked, he has been terminated from the program effective January 4, 2021. Due to concerns as to the defendant's behavior, the halfway house is requesting swift action be taken. The termination report from the halfway house is pending. As for the defendant's prior criminal record, among other offenses, he has convictions of battery, weapons possession in public, burglary, and receiving stolen property.

PRAYING THAT THE COURT WILL ORDER:

That a warrant be issued for the defendant's arrest and a hearing be held to show cause why his pretrial release should not be revoked.

Petition for Action on Conditions of Pretrial Release    RE: Leroy Lemonte Perry Williams
Page 2

ORDER OF THE COURT

Considered and ordered this __4th__ day of __January__, 2021, and ordered filed and made a part of the records in the above case.

_s/ Tony N. Leung_
Honorable Tony N. Leung
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Krystal A. Taylor

Krystal A. Taylor
U.S. Probation Officer
612-664-5352

Executed on    January 4, 2021

Place    Minneapolis

Approved:

s/ Nicole Smith

Nicole Smith
Supervising U.S. Probation Officer