UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-cr-282 (3) (PJS/ECW)

_____

UNITED STATES OF AMERICA,

          PLAINTIFF,

v.                                    MOTION FOR FURLOUGH
                                      TO TREATMENT FACILITY

LEROY LEMONTE PERRY WILLIAMS,

          DEFENDANT.

_____

    Mr. LeRoy Williams, by and through his attorney, Matthew Mankey hereby requests that the Court authorize a furlough to a Minnesota Adult and Teen Challenge when a bed becomes available and defer the sentencing in this matter until after Mr. Williams completes the program. Mr. William's Probation Officer, Ms. Krystal Taylor is in agreement that this is appropriate as is Assistant United States Attorney Ms. Chelsea Walcker.

Dated: January 28, 2021                               Respectfully submitted,

                                                                      */s/ Matthew J. Mankey*
                                                                      Attorney for Defendant
                                                                      Attorney ID #230303
                                                                      5500 Wayzata Blvd, Suite 1025
                                                                      Golden Valley, MN
                                                                      (763) 560-4388
                                                                      matthewmankey@comcast.net