

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | Telephone: (612) 664-5600 |
| *300 South Fourth Street* | Fax: (612) 664-5787 |
| *Minneapolis, MN 55415* | |

<u>*Via ECF*</u>                                                                February 16, 2021

The Honorable Patrick J. Schiltz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

      Re:   <u>United States v. Leroy Lemonte Perry Williams</u>
              Case No. 20-cr-282(3) (PJS/ECW)

Dear Judge Schiltz:

      The parties write in follow up to their January 27, 2021 joint letter to the Court regarding restitution. (ECF No. 69.) Based upon additional documentation received from Target Corporation, the final total loss amount claimed by Target Corporation is **$884,576.24**. The parties stipulate that $884,576.24 is the final restitution amount owed to the victim Target Corporation in this matter.

      Please do not hesitate to contact us with any questions.

                                Respectfully,

                                ERICA H. MacDONALD
                                United States Attorney

                                <u>*/s/ Chelsea A. Walcker*</u>
                                CHELSEA A. WALCKER
                                Assistant United States Attorney
                                Attorney ID No. 0396792

                                —and—

                                <u>*/s/ Matthew J. Mankey*</u>
                                MATTHEW J. MANKEY
                                Counsel for Defendant
                                Attorney ID No. 0230303