

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*  Telephone: *(612) 664-5600*
*300 South Fourth Street*  Fax: *(612) 664-5787*
*Minneapolis, MN 55415*

**VIA ECF**

March 30, 2021

Kiah A. Smith
U.S. Probation Officer
300 South Fourth Street, Suite 406
Minneapolis, MN 55415

  Re: *United States v. Leroy Lemonte Perry Williams*
     Criminal No. 20-282(3)(PJS/ECW)

Dear Ms. Smith:

  Pursuant to Local Rule 83.10(c), the United States makes the following objection, and requests the following amendment and addition in response to the Preliminary Presentence Investigation report ("PSR"):

  **Paragraph 111:** The Government asserts that the appropriate total amount of restitution should be $939,591.98 instead of $960,965.78. In a joint letter filed on February 17, 2021 (Doc. No. 76), the parties notified the Court of an agreed-upon final restitution amount of $884,576.24. On March 18, 2021, the victim provided to the Government an updated restitution claim totaling $939,591.98. This updated claim included supporting documentation, which the Government provided to you and Mr. Williams's counsel on March 23, 2021.

  Apart from the above, the Government does not have any objections to the preliminary PSR. Thank you very much for all of your hard work on this case. Please do not hesitate to contact me should you have any questions.

            Respectfully submitted,

            W. ANDERS FOLK
            Acting United States Attorney

            */s/ Joseph S. Teirab*

            BY: JOSEPH S. TEIRAB
            Assistant U.S. Attorney

cc: Matthew J. Mankey, Esq. (via ECF)