UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0282(3) (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER |
| LEROY LEMONTE PERRY WILLIAMS, | |
| Defendant. | |

Alexander D. Chiquoine, Joseph Scott Teirab, and Chelsea A. Walcker, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Matthew J. Mankey, MANKEY LAW OFFICE, for defendant.

This matter is before the Court on defendant Leroy Lemonte Perry Williams's previous order for a furlough dated February 3, 2021. ECF Nos. 71 and 73. Williams is currently furloughed from the U.S. Marshals Service to participate in treatment at Minnesota Adult and Teen Challenge. The U.S. Probation and Pretrial Services Office was informed that on or about May 7, 2021, Williams's will be transitioning into Minnesota Adult and Teen Challenge's long-term program.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Williams be released on his own recognizance (no longer "furloughed") during the duration of his treatment participation at Minnesota Adult and Teen Challenge.

2. Williams shall report as directed to the U.S. Probation and Pretrial Services Office.

3. Williams shall not possess a firearm, destructive device, or other weapon.

4. Williams shall participate in long-term programming at Minnesota Adult and Teen Challenge. Williams shall adhere to all program rules and regulations. Further, Williams shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

5. Absent further order from the Court, Williams shall be released from any holds or detainers from the U.S. Marshals Service to participate in treatment programming.

Dated: May 6, 2021

_____
Patrick J. Schiltz
United States District Judge