# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                          *Plaintiff,*

v.                                         Case No. 0:20–cr–00282–PJS–ECW(Dft 3)

Leroy Lemonte Perry Williams ,

                          *Defendant.*

## ARREST WARRANT

To:   Any authorized law enforcement officer

    ***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Leroy Lemonte Perry Williams   ,

who is accused of an offense or violation based on the following document filed with the court:   (  ) Order of Court   (  ) Indictment   (  ) Superseding Indictment   (  ) Information   (  ) Superseding Information   (  ) Complaint   (  ) Probation Violation Petition   (  ) Supervised Release Violation Petition   ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:      September 3, 2021

                                                          Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                                          *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

                                                        *Arresting officer's signature*

                                                        *Printed name and title*

*This second page contains personal identifiers provided for law–enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:  Leroy Lemonte Perry Williams

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may stll have ties: _____
_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scar, tattoos, other distinguishing marks: _____
_____
_____

History of violence, weapons, drug use: _____
_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____
_____

FBI number: _____

Complete description of auto: _____
_____

Investigative agency and address: _____
_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____
_____
_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____
_____