UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

**Chambers of**  
**PATRICK J. SCHILTZ**  
**CHIEF JUDGE**

United States Courthouse  
300 South Fourth Street  
Minneapolis, Minnesota 55415  
(612) 664-5480

January 5, 2023

VIA CM/ECF

Re:   *United States v. Leroy Lemonte Perry Williams*
      Case No. 20-CR-0282(3) (PJS/ECW)

Dear Mr. Mankey:

    I received a letter from Mr. Williams yesterday.  I am not sure what Mr. Williams is asking me to do, but it appears that, among other things, he may be raising objections or asking for changes in the PSR.

    I understand, from your recent correspondence with the probation officer, that you are aware of the letter and believe that Mr. Williams is simply concerned that his name is misspelled.  I would appreciate it if you would discuss the letter with Mr. Williams to confirm the nature of his concerns and determine whether it is necessary to raise an objection or seek a correction to the PSR.

Sincerely,

s/Patrick J. Schiltz  
Patrick J. Schiltz, Chief Judge  
United States District Court