UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0282(3) (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER |
| LE-ROY LAMONTE'-PERRY WILLIAMS JR., | |
| Defendant. | |

Chelsea A. Walcker, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Glenn P. Bruder, MITCHELL, BRUDER & JOHNSON, for defendant.

On January 25, 2021, defendant Le-Roy Lamonte'-Perry Williams Jr. pleaded guilty to conspiracy to commit arson. ECF No. 68. Following the receipt of numerous pro se letters from Williams, the Court held a status conference on March 7, 2023. At the status conference, and after the Court placed him under oath and determined that he was competent to proceed, Williams asked to withdraw his guilty plea. Following additional discussion with Williams and his counsel to confirm that Williams wanted to withdraw his plea and understood the risks of this course of action, the Court granted the motion. Accordingly, Williams's guilty plea is hereby VACATED.

Dated: March 8, 2023         s/Patrick J. Schiltz
                              Patrick J. Schiltz, Chief Judge
                              United States District Court