UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-282 (3) (PJS/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Leroy Lemonte Perry Williams, Jr., | |
| Defendant. | |

The Court held a hearing on August 16, 2023 on the Motion to Withdraw as Counsel for Defendant Leroy Lemonte Perry Williams (Dkt. 297). (*See* Dkt. 306.) At the end of the hearing, the Court denied that Motion as moot, and Attorney Glenn Bruder remains Mr. Williams' attorney. (*See id.*) The case is now set for a status conference and trial on October 23 and 24, 2023, respectively. (Dkts. 316, 317.) Since then, Mr. Williams has sent several letters to the judges assigned to this case. (*See, e.g.*, Dkts. 318, 319, 320, 321, 322.) Those letters have been filed on the docket, but as the Court has previously advised Mr. Williams, "the Court will not consider these submissions because it has long been Eighth Circuit policy that when a party is represented by counsel, we will not accept pro se briefs for filing." *United States v. Williams*, No. 20CR2823PJSECW, 2023 WL 4373905, at *2 (D. Minn. July 6, 2023) (cleaned up). To the extent Mr. Williams seeks relief from the Court, he must do so through his attorney.

DATED: September 12, 2023         *s/Elizabeth Cowan Wright*
                                   ELIZABETH COWAN WRIGHT
                                   United States Magistrate Judge