UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 20-CR-282 (PAM/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         **DECLARATION OF GLENN P. BRUDER**

Leroy Lemonte Perry Williams, Jr.,

    Defendant.

1.     I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before the U.S. District Court for the District of Minnesota. I represent the Defendant in this matter, Leroy Lemonte Perry Williams, Jr.

2.     Appended to this Declaration are the following documents submitted in connection with the Defendant's sentencing and referenced in the Defendant's Position Regarding Sentencing:

- Exhibit 1 – Minnesota Governor Tim Walz, Emergency Executive Order 20-48 (May 1, 2020).

- Exhibit 2 – Minnesota Governor Tim Walz, Emergency Executive Order 20-73 (May 27, 2020).

- Exhibit 3 – Minnesota Governor Tim Walz, Emergency Executive Order 20-74 (June 5, 2020).

- Exhibit 4 – "Target Tells HQ Employees they can work from Home for Rest of Year," *Minneapolis Star Tribune,* August 6, 2021.

- Exhibit 5 – January 15, 2014 Hennepin County District Court transcript.

- Exhibit 6 – Schoolhouse NCIC programming certificates issued to Defendant.

Dated: <u>January 18, 2024</u>                               */s/ Glenn P. Bruder*
                                                              Glenn P. Bruder