UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 20-282 (PAM)

                  Plaintiff,

v.                                                                                    **ORDER**

Leroy Lemonte Perry Williams, Jr.,

                  Defendant.

---

This matter is before the Court on the Government's Motion to File out of Time and for an Extension to file its memorandum in opposition to Defendant Leroy Lemonte Perry Williams, Jr.'s Motion to vacate his sentence under 28 U.S.C. § 2255. The Court finds that Williams will not be prejudiced by the late filing.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion to File out of Time and for an Extension (Docket No. 489) is **GRANTED**;

2. The Government's response is due on or before January 5, 2026; and

3. Any reply is due on or before February 2, 2026.

Dated: <u>December 29, 2025</u>                              <u>*s/ Paul A. Magnuson*</u>
                                                  Paul A. Magnuson
                                                  United States District Court Judge