UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                              Crim. No. 20-282(3) (PAM/ECW)

Plaintiff,

v.                                                              **ORDER**

Leroy Lemonte Perry Williams, Jr.,

Defendant.

---

This matter is before the Court on the Government's second Motion to for an Extension to file its memorandum in opposition to Defendant Leroy Lemonte Perry Williams, Jr.'s Motion to vacate his sentence under 28 U.S.C. § 2255. The Court finds that an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1.    The Government's second Motion for an Extension (Docket No. 491) is

    **GRANTED**;

2.    The Government's response is due on January 6, 2026; and

3.    Any reply is due on or before February 3, 2026.

Dated: <u>January 6, 2026</u>                  <u>*s/ Paul A. Magnuson*</u>
                                        Paul A. Magnuson
                                        United States District Court Judge