UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                Crim. No. 20-282(3) (PAM/ECW)

        Plaintiff,

v.                                                                        **ORDER**

Leroy Lemonte Perry Williams, Jr.,

        Defendant.

_____

This matter is before the Court on Defendant Leroy Lemonte Perry Williams, Jr.'s Request for a Certificate of Appealability. In its Order denying Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, the Court declined to issue a certificate of appealability. (Docket No. 497 at 7.) Petitioner fails to provide the Court with any reason to alter its previous conclusion. He may seek a certificate of appealability from the Eighth Circuit Court of Appeals, but one will not issue from this Court.

Accordingly, **IT IS HEREBY ORDERED that** Defendant Leroy Lemonte Perry Williams, Jr.'s Request for Certificate of Appealability (Docket No. 504) is **DENIED**.

Dated: July 17, 2026                                    s/ *Paul A. Magnuson*
                                                                      Paul A. Magnuson
                                                                      United States District Court Judge